40 A.3d 1232

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Derrick CLARK, Petitioner.**

**No. 152 EM 2011.**

Supreme Court of Pennsylvania.

March 28, 2012.

*ORDER*

PER CURIAM.

**AND NOW,** this 28th day of March, 2012, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED.** Counsel is directed to file a Petition for Allowance of Appeal within 30 days of this order.